THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Adarius Quante
 Dennis, Appellant.
 
 
 

Appeal From Oconee County
 Alexander S. Macaulay, Circuit Court
Judge

Unpublished Opinion No. 2011-UP-352
 Submitted June 1, 2011  Filed June 29,
2011    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant. 
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General Christina J. Catoe, all of
 Columbia; and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Adarius
 Quante Dennis appeals his sentence for armed robbery, arguing the circuit court
 abused its discretion when it penalized him for exercising his right to a
 trial.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Johnson, 333 S.C. 459, 462, 510 S.E.2d 423, 425 (1999) (holding that,
 except in exceptional circumstances, "a challenge to sentencing must be
 raised at trial, or the issue will not be preserved for appellate review").
AFFIRMED.
FEW, C.J., HUFF, J., and
 GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.